UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JACQULYN MILLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LELAND C. DUDEK, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:24-CV-568-BO-RJ |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Defendant for further proceedings.

**This judgment filed and entered on March 24, 2025, and served on:**
George C. Piemonte (via CM/ECF NEF)
Joanne Kernicky (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

March 24, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk